UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAM NOVAK,<br><br>  Plaintiff,<br><br>  v.<br><br>TINA M. MENDEZ, et al.,<br><br>  Defendants. | No.  2:20-cv-01721 JAM AC (PS)<br><br><br><br>ORDER |

    On November 30, 2020, defendant Amerihome Mortgage Company filed a motion to dismiss this case.  ECF No. 6.  The matter was taken under submission on the papers to be heard on January 13, 2021.  ECF No. 8.  Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due December 30, 2020.  That deadline has now passed, and plaintiff has not filed the anticipated papers.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to file opposition or statement of non-opposition should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: January 5, 2021

                                                                  ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE