UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAM NOVAK,<br><br>Plaintiff,<br><br>v.<br><br>TINA M. MENDEZ, PROBER & RAPHAEL, ALC, and AMRIHOME MORTGAGE COMPANY LLC,<br><br>Defendants. | No. 2:20-cv-01721 JAM AC<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 27, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 20. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 27, 2021, are adopted in full;

2. Defendants' motion to set aside default (ECF No. 14) is GRANTED and plaintiff's

1

motion for default judgment (ECF No. 12) is DENIED as moot.

      3.  Defendants are ordered to file a proper answer or other response to the complaint within 14 days.

DATED:  March 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE