UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAM NOVAK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TINA MENDEZ, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-01721 JAM AC PS<br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On May 11, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 28. Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 11, 2021, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 24) is GRANTED and this action is dismissed in its entirety with prejudice. All outstanding motions (ECF No. 23) is DENIED as MOOT.

DATED: June 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE